# MEMORANDUM DECISIONS.

CHARLES CORRERO & CO. et al. v. BARTON et al. (Circuit Court of Appeals, Fifth Circuit. February 23, 1909.) No. 1,687. Appeal from the District Court of the United States for the Eastern District of Louisiana. Henry L. Himel and Monte M. Lemann, for appellants. Gustave Lemle, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. In this case a petition by Barton and others, creditors, was filed against the firm of Charles Correro & Co. asking to have them adjudicated bankrupts. Upon hearing adjudication was denied. Thereafter, on application, a new trial was granted, and thereafter leave was granted to amend the original petition by charging other and further acts of bankruptcy. This appeal questions the right to grant the new trial and allow the amendments. We are of opinion the questions presented were within the discretion of the District Court. See General Order No. 11 (89 Fed. vii, 32 C. C. A. xiv). However this may be, our examination of the record satisfies us that the action of the court was correct. The other assignments of error are not well taken. The judgment appealed from is affirmed.

---

CHICAGO GREAT WESTERN RY. CO. v. GRANT. (Circuit Court of Appeals, Eighth Circuit. February 9, 1909.) No. 2,930. In Error to the Circuit Court of the United States for the Northern District of Iowa. George H. Carr (A. G. Briggs, on the brief), for plaintiff in error. T. J. Fitzpatrick (E. J. O'Connor and Loren Risk, on the brief), for defendant in error. Before VAN DEVANTER and ADAMS, Circuit Judges, and RINER, District Judge.

PER CURIAM. After an attentive examination of the record in this case, we deem it sufficient to announce our conclusion that the evidence was such as to warrant the submission to the jury of the issues of fact, that the court's charge to the jury was pertinent, accurate, and sufficiently comprehensive, and that there was no error in the admission or rejection of evidence. The judgment is therefore affirmed.

---

CONNOLLY v. BOUCK et al. (Circuit Court of Appeals, Eighth Circuit. May 9, 1908.) No. 2,498. Appeal from the Circuit Court of the United States for the District of Colorado. Hugh Butler, for appellant. Harvey Riddell, for appellees.

PER CURIAM. Dismissed, with costs, for want of jurisdiction, but without prejudice to right to use transcript and printed record on second appeal, etc. See 160 Fed. 1022, 87 C. C. A. 678.